# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **ARMSTRONG AIR CONDITIONING & HEATING OF CENTRAL FLORIDA, INC. d/b/a ARMSTRONG AIR & HEATING, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**LENNOX INDUSTRIES, INC.,**<br><br>Defendant. | Case No. 6:20-cv-00449-RBD-GJK |

## LENNOX INDUSTRIES INC.'S SECOND SHORT-FORM DISCOVERY MOTION

Lennox served its First Requests for Production to Plaintiff on May 5, 2020, 163 days ago. Yet, as of the date of this Motion, **Armstrong has not produced a single document**. Armstrong has also refused to provide any reliable information on when it will (1) begin production or (2) substantially complete its production. By contrast, Lennox (which received Armstrong's document requests shortly **after** Lennox served its Requests), has already produced nearly 2,000 documents constituting over 5,000 pages.[1] Moreover, Lennox has informed Armstrong that it anticipates substantially completing its document requests by the end of this month.

Lennox has repeatedly tried to resolve Armstrong's refusal to timely produce documents. Indeed, Lennox has asked Armstrong **on at least ten occasions** when its production will begin and end, including on July 6, July 14, July 24, July 31, August 27, August 28, September 22, September 25, October 2, and October 12, 2020. In response, Armstrong has only made false promises.

---

[1] Lennox's production was delayed by a medical issue. Armstrong is aware of that fact.

For example, on July 30, 2020, Armstrong represented that it would provide a timeline for its production within two weeks. However, two weeks passed without any word from Armstrong. Further, on August 31, 2020, Armstrong said that its rolling production would commence the week of September 7, 2020. That production never occurred.

Lennox anticipates that Armstrong will claim that its production is delayed by Lennox's recent request that Armstrong use new keywords. That is a red herring. The addition of new keywords does not explain why Armstrong has not produced a single document in 163 days. Lennox's keyword request in September did not impact Armstrong's ability to produce documents in June, July or August. Armstrong should have engaged in a proper document production wherein it produces the documents originally requested, and then supplement its production with any new agreed-upon keywords (just as Lennox did). Such a process ensures a timely production of documents and is not unduly burdensome since Armstrong can remove from its keyword searches documents that it already produced (so it need not review them again).

Lennox has waited more than five months for Armstrong to produce documents. Lennox sought not be dragged into court on meritless claims, and then be left endlessly waiting for Armstrong to produce documents that purportedly support its allegations. Armstrong is the plaintiff, and it is time for it to prove or dismiss its claims.

Lennox requests that this Court Order Armstrong to (1) provide a date certain by which its document production will begin and end (with the production starting no later than October 22 and ending no later than November 13) and (2) file a certification on such dates that it has complied with the Court's Order. Further, Lennox should not be required to incur fees to force Armstrong to comply with the discovery rules. Thus, Lennox requests that the Court award it fees for having to file this Motion. *See* Fed. R. Civ. P. 37(a).

Pursuant to Local Rule 3.01(g), counsel for Lennox personally conferred with counsel for Plaintiff on numerous occasions and they could not agree on a resolution to the issues in this motion. Such conferrals occurred through the ten emails cited above, and during several telephone conversations, including one on September 25, 2020.

Dated:  October 15, 2020.                                   Respectfully Submitted,

                By:    */s/ I. William Spivey, II*
                        I. William Spivey, II, Esquire
                        Florida Bar No. 701076
                        Courtney M. Keller, Esquire
                        Florida Bar No. 0028668
                        Colin S. Baker, Esquire
                        Florida Bar No. 0066352
                        GREENBERG TRAURIG, P.A.
                        450 South Orange Avenue
                        Suite 650
                        Orlando, Florida 32801
                        Telephone:  (407) 420 1000
                        Facsimile:  (407) 420 5909
                        Email:  spiveyw@gtlaw.com
                                  kellerc@gtlaw.com
                                  bakerco@gtlaw.com
                                  nef-iws@gtlaw.com
                                  FLService@gtlaw.com

                        /s/ Steven J. Rosenwasser
                        Steven J. Rosenwasser
                        Georgia Bar No. 614908
                        GREENBERG TRAURIG, LLP
                        Terminus 200, Suite 2500
                        3333 Piedmont Road NE
                        Atlanta, Georgia 30305
                        Telephone:  (678) 553-2100
                        Facsimile:  (678) 553 2212
                        Email:  rosenwassers@gtlaw.com

                        *Attorneys for Defendant*
                        *Lennox Industries, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that, on October 15, 2020, a true and correct copy of the foregoing **LENNOX INDUSTRIES INC.'S SECOND SHORT-FORM DISCOVERY MOTION** was served by Email and U.S. Mail upon the following counsel of record:

Byron Saintsing, Esquire
Smith Debnam Narron Drake Saintsing & Myers, LLP
4601 Six Forks Road, Suite 400
Raleigh, NC 27609
Telephone: (919) 250-2118
Email: bsaintsing@smithdebnamlaw.com

Brian L. Wagner, Esquire
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Orlando, FL 32802-2854
Telephone: (407) 425-9044
Email: bwagner@mateerharbert.com
　　　　semerson@mateerharbert.com

*Counsel for Plaintiff*

**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
3333 Piedmont Road NE
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email: rosenwassers@gtlaw.com

*Counsel for Defendant, Lennox Industries, Inc.*

By: */s/ Steven J. Rosenwasser*
　　　Steven J. Rosenwasser, Esquire
　　　Georgia Bar No. 614908